Writ No. W92-33579-W(B)  9-21-15

24,422-02

My NAME is Ricky Thomas
I am writing to change my Address.
I am no longer at The Wayne Scott
unit 6999 Retrieve Rd. Angleton, Tx
My New Address is:
Ricky Thomas
12318 Bellafonte Dr.
Dallas, Tx. 75243

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

I would also like to know my
disposition on my case.
Writ No. W92-33579-W(B)

I appreciate your respond and
help in this matter. Thank You!

Sincerely Yours
Ricky Thomas